AB:NCG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

BRIAN PATRICK MIGLIORE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

R E M O V A L   T O   T H E
D I S T R I C T   O F   C O L U M B I A

(Fed. R. Crim. P. 5)

Case No. 22-MJ-1224

EASTERN DISTRICT OF NEW YORK, SS:

      SAMAD SHAHRANI, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      On or about November 10, 2022, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of the defendant BRIAN PATRICK MIGLIORE, for violations of Title 21, United States Code, Section 846 (conspiracy to distribute and possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of methamphetamine, oxycodone, and morphine).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

      1.    On or about November 10, 2022, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of the defendant BRIAN

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

PATRICK MIGLIORE, for violations of Title 21, United States Code, Section 846 (conspiracy to distribute and possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of methamphetamine, oxycodone, and morphine). A true and correct copy of the arrest warrant (the "Arrest Warrant") is attached hereto as Exhibit A. A true and correct copy of the indictment (the "Indictment") is attached hereto as Exhibit B.

2. On November 14, 2022, at approximately 8:58 p.m., the defendant BRIAN PATRICK MIGLIORE was arrested at John F. Kennedy International ("JFK") Airport pursuant to the Arrest Warrant. MIGLIORE was checked in for a flight departing to Rio de Janeiro, Brazil on the night of November 14, 2022.

3. Upon MIGLIORE'S arrest at JFK Airport, law enforcement agents asked him to provide his name and date of birth. The defendant identified himself as BRIAN MIGLIORE. Additionally, the date of birth that the defendant provided to law enforcement is consistent with the date of birth of the BRIAN PATRICK MIGLIORE wanted in the District of Columbia.

4. At the time of his arrival, the defendant had a New York state driver's license and passport with him. The New York state driver's license and passport are in the name of BRIAN MIGLIORE. The date of birth listed on the New York state driver's license and passport are also consistent with the date of birth of the BRIAN PATRICK MIGLIORE wanted in the District of Columbia.

5. Following the arrest of MIGLIORE, MIGLIORE waived his Miranda rights orally and in writing and agreed to speak with law enforcement agents. During the interview, he identified himself as BRIAN MIGLIORE.

6. I reviewed photographs of the BRIAN PATRICK MIGLIORE wanted in the District of Columbia on his social media accounts and in his New York state driver's license. The defendant's appearance is consistent with those photographs and of the photograph in the passport he had in his possession.

7. Based on the foregoing, I submit there is probable cause to believe that the defendant is the BRIAN PATRICK MIGLIORE wanted in the District of Columbia.

WHEREFORE, your deponent respectfully requests that the defendant BRIAN PATRICK MIGLIORE be dealt with according to law.

*S/ Samad Shahrani*

SAMAD SHAHRANI
Special Agent, Federal Bureau of Investigation

Sworn to before me this
15 day of November, 2022

*S/ Roanne L. mann*

THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00365 |
| BRIAN PATRICK MIGLIORE | ) Assigned To : Nichols, Carl J. |
|  | ) Assign. Date : 11/10/2022 |
|  | ) Description: Indictment (B) |
|  | ) Related Case: 22-cr-257 (CJN) |
| *Defendant* |  |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRIAN PATRICK MIGLIORE

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, OXYCODONE, AND MORPHINE;
FORFEITURE: 21 U.S.C. § 853(a), (p)

Date: 11/10/2022

*Issuing officer's signature*
G. Michael Harvey
2022.11.10 15:20:58 -05'00'

City and state: WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: BRIAN PATRICK MIGLIORE
Known aliases: SKITSNYGG; SELFSABOTAGE; SICKTOOTHPICK
Last known residence: UNKNOWN
Prior addresses to which defendant/offender may still have ties: UNKNOWN

Last known employment: UNKNOWN
Last known telephone numbers: UNKNOWN
Place of birth: UNKNOWN
Date of birth: 11/23/1988
Social Security number: 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
Height: 5'11                                   Weight: UNKNOWN
Sex: MALE                                      Race: WHITE
Hair: BROWN                                    Eyes: GREEN
Scars, tattoos, other distinguishing marks: MULTIPLE TATOOS ON RIGHT ARM, RIGHT LEG, AND LEFT ARM

History of violence, weapons, drug use: N/A

Known family, friends, and other associates *(name, relation, address, phone number)*: N/A

FBI number: N/A
Complete description of auto: N/A

Investigative agency and address: SPECIAL AGENT SAMAD D. SHAHRANI (718) 644-5343
FEDERAL BUREAU OF INVESTIGATION

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*:
N/A

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **BRIAN PATRICK MIGLIORE,** | : | **VIOLATIONS:** |
| Defendant. | : | 21 U.S.C. § 846 |
| | : | (Conspiracy to Distribute and Possess |
| | : | With Intent to Distribute 5 Grams or |
| | : | More of a Mixture and Substance |
| | : | Containing a Detectable Amount of |
| | : | Methamphetamine, Oxycodone, |
| | : | and Morphine) |
| | : | |
| | : | **FORFEITURE:** |
| | : | 21 U.S.C. § 853(a), (p) |

**INDICTMENT**

Case: 1:22-cr-00365
Assigned To : Nichols, Carl J.
Assign. Date : 11/10/2022
Description: Indictment (B)
Related Case: 22-cr-257 (CJN)

The Grand Jury charges that:

**COUNT ONE**

From on or about March 2021 until the present, within the District of Columbia and elsewhere, **BRIAN PATRICK MIGLIORE**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a mixture and substance containing a detectable amount of oxycodone, and a detectable amount of morphine, all of which are Schedule II narcotic drug controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and 841(b)(1)(C).

Quantity of Methamphetamine Involved in the Conspiracy:

With respect to defendant **BRIAN PATRICK MIGLIORE** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct

of other members of the narcotics conspiracy charged in Count One, involved 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

**(Conspiracy to Distribute and Possess With Intent to Distribute 5 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, Oxycodone, and Morphine**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia.