CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER (Specify Below)
IN THE CASE OF
USA v. Brian Patrick Migliore

FOR:
AT:
LOCATION NUMBER:

PERSON REPRESENTED (Show your full name)
Brian Patrick Migliore

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate Judge: 1:22-01224M
District Court:
Court of Appeals:

CHARGE/OFFENSE (Describe if applicable & check box→)   ☒ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☒ Yes ☐ No
IF YES, how much do you earn per month? from 0 to 2K
Will you still have a job after this arrest? ☐ Yes ☐ No ☒ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ N/A | |
| Car/Truck/Vehicle | $ N/A | |
| Boat | $ N/A | |
| Stocks/bonds | $ N/A | |
| Other property | $ N/A | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☐ Yes ☒ No
IF YES, give the total approximate amount after monthly expenses $ _____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 600 | $ owe appx $2100.00 |
| Groceries | $ appx 300-400 | $ |
| Medical expenses | $ wife having baby | $ 5,000 for delivery |
| Utilities | $ 300 appx | $ |
| Credit cards | $ | $ 7,000 |
| Car/Truck/Vehicle | $ N/A | $ |
| Childcare | $ 1000 | $ |
| Child support | $ N/A | $ |
| Insurance | $ 400 | $ |
| Loans | $ | $ appx 6,000 student loan |
| Fines | $ N/A | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

X _____   11/15/2022
SIGNATURE OF DEFENDANT   Date
(OR PERSON SEEKING REPRESENTATION)